In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00082-CR


______________________________




TIMOTHY WAYNE RYAN, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 276th Judicial District Court


Titus County, Texas


Trial Court No. 15,115




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Timothy Wayne Ryan was convicted by a Titus County jury of murder and aggravated assault
with a deadly weapon. In trial court cause number 15,114 (our cause number 06-07-00081-CR),
Ryan was charged with murder; in trial court cause number 15,115 (our cause number 06-07-00082-CR), Ryan was charged with aggravated assault with a deadly weapon. The jury assessed
punishment at ninety-nine years' incarceration for each conviction, to run concurrently. 

 Because the issues raised in each appeal are identical, for the reasons stated in our opinion
dated this day in Ryan v. State, cause number 06-07-00081-CR, we affirm the judgment of the trial
court.




 Bailey C. Moseley

 Justice


Date Submitted: November 1, 2007

Date Decided: November 21, 2007


Do Not Publish



y. The court set punishment, pursuant to a negotiated plea agreement, at ten years'
imprisonment and no fine. Martinez appeals.
            The record does not include any certification by the trial court of Martinez's right of appeal
as required by Tex. R. App. P. 25.2(a)(2). We noted this defect, and contacted trial counsel and
Martinez by letter sent on September 4, 2003, warning of this defect, and also warning that, if we
did not receive a certification within thirty days, pursuant to Tex. R. App. P. 25.2(d), 37.1, we would
be required to dismiss the appeal. 
            There has been no response.
            We dismiss the appeal. 
 


                                                                        Jack Carter
                                                                        Justice

Date Submitted:          November 3, 2003
Date Decided:             November 4, 2003

Do Not Publish